PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR LOSOYA-CASTREJON,<br>ARTURO FARIAS-ZEPEDA,<br>JUAN CESAR VALENCIA-ZEPEDA,<br>ROBERTO SORIA- CUEVAS,<br>RICARDO RIVAS ARREDONDO,<br>JOSE ADAN CHAIDEZ OJEDA,<br><br>Defendants. | CASE NO. 1:22-mj-00163-SKO<br><br>APPLICATION TO UNSEAL CASE AS TO DEFENDANTS |

### **APPLICATION TO UNSEAL AND MAINTAIN DOCUMENTS UNDER SEAL**

Defendants were charged by indictment returned by the grand jury on November 10, 2022. Accordingly, the government requests that the Court order the Clerk's Office to unseal the case as to these defendants, and that case remain under seal for the remaining unnamed defendant/s until further Order of the Court.

REQUEST TO UNSEAL CASE AND MAINTAIN
DOCUMENTS UNDER SEAL

1  Dated:  November 10, 2022                      PHILLIP A. TALBERT
                                                  United States Attorney

3                                          By:    /s/ Antonio J. Pataca
                                                  ANTONIO J. PATACA
4                                                 Assistant United States Attorney

REQUEST TO UNSEAL CASE AND MAINTAIN
DOCUMENTS UNDER SEAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CESAR LOSOYA-CASTREJON,<br>ARTURO FARIAS-ZEPEDA,<br>JUAN CESAR VALENCIA-ZEPEDA,<br>ROBERTO SORIA- CUEVAS,<br>RICARDO RIVAS ARREDONDO,<br>JOSE ADAN CHAIDEZ OJEDA,<br><br>　　　　　　　　　Defendants. | CASE NO.  1:22-mj-00163-SKO<br><br>ORDER UNSEALING CASE AS TO DEFENDANTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the case is unsealed as to the above-captioned defendants, and that case remain under seal for the remaining unnamed defendant/s until further Order of the Court.

IT IS SO ORDERED.

Dated:   **November 10, 2022**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING COMPLAINTS