PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR LOSOYA-CASTREJON,<br>ARTURO FARIAS-ZEPEDA,<br>JUAN CESAR VALENCIA-ZEPEDA,<br>ROBERTO SORIA-CUEVAS,<br>RICARDO RIVAS ARREDONDO,<br>JOSE ADAN CHAIDEZ OJEDA, and<br>JULIO CESAR VARGAS-BIRRUETA,<br><br>Defendant. | CASE NO. 1:22-CR-00297-JLT-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: 5/24/2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on 5/24/2023.

2. By this stipulation, defendant now moves to continue the status conference until 9/13/2023, and to exclude time between 5/24/2023, and 9/13/2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case

includes thousands of pages of investigative reports, video, audio recordings, cell phone extractions, and other voluminous materials.  Supplemental discovery has been either produced directly to counsel or made available for inspection and copying.

   b) Counsel for defendants desire additional time to consult with their clients, review the voluminous discovery, conduct independent investigation, and pursue a potential pretrial resolution of the case.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of 5/24/2023 to 9/13/2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Date:  May 15, 2023           PHILLIP A. TALBERT
                      United States Attorney

                      /s/ Antonio J. Pataca
                      ANTONIO J. PATACA
                      Assistant United States Attorney

Date: May 15, 2023                         /s/ Peter Jones
                                           _____
                                           PETER JONES
                                           Counsel for Defendant
                                           CESAR LOSOYA-CASTREJON

Date: May 15, 2023                         /s/ David Torres
                                           _____
                                           DAVID TORRES
                                           Counsel for Defendant
                                           ARTURO FARIAS-ZEPEDA

Date: May 15, 2023

                                           /s/ Serita Rios
                                           _____
                                           SERITA RIOS
                                           Counsel for Defendant
                                           JUAN CESAR VALENCIA-ZEPEDA

Date: May 15, 2023

                                           /s/ Victor Chavez
                                           _____
                                           VICTOR CHAVEZ
                                           Counsel for Defendant
                                           ROBERTO SORIA-CUEVAS

Date: May 15, 2023

                                           /s/ Mark King
                                           _____
                                           MARK KING
                                           Counsel for Defendant
                                           RICARDO RIVAS-ARREDONDO

Date: May 15, 2023

                                           /s/ Patrick Aguirre
                                           _____
                                           PATRICK AGUIRRE
                                           Counsel for Defendant
                                           JOSE ADAN CHAIDEZ-OJEDA

Date: May 15, 2023

                                           /s/ George Rosenstock
                                           _____
                                           GEORGE ROSENSTOCK
                                           Counsel for Defendant
                                           JULIO CESAR VARGAS-BIRRUETA

# **ORDER**

IT IS SO ORDERED that the status conference is continued from May 24, 2023, to **September 13, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **May 18, 2023**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE