TORRES | TORRES STALLINGS
A LAW CORPORATION
David A. Torres, SBN: 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ARTURO FARIAS-ZEPEDA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:22-CR-00297-JLT-BAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO AMEND HOME DETENTION CURFEW** |
| ARTURO FARIAS-ZEPEDA, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, THE HONORABLE BARBARA MCAULIFFE, ANTONIO J. PATACA, ASSISTANT UNITED STATES ATTORNEY AND MARGARITA ZEPEDA, U.S. PRETRIAL SERVICES

**COMES NOW** Defendant, ARTURO FARIAS-ZEPEDA by and through his attorney of record, DAVID A. TORRES, and at the request of Pretrial Services, hereby move the court to amend the conditions of release.

On November 7, 2022, Mr. Farias-Zepeda was ordered released on numerous pretrial conditions, property bond, and cash bond. The conditions of release regarding **home detention** (7(l)) ordered that he "must remain inside his residence at all times except for attorney visits, court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer…"

The government and defense counsel has been advised by Pretrial Services that

1

defendant, Arturo Farias- Zepeda, is in compliance with the conditions ordered by the court; Pretrial Services recommends amending the court's previously imposed order as follows:

**Curfew**: Defendant is to remain inside his residence every day from 9:00 p.m. to 8:00 a.m. or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All prior orders are to remain in full force and effect. Neither AUSA Antonio Pataca nor PTS Officer Margarita Zepeda object to amending the condition.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
| | Respectfully Submitted, |
| DATED: September 19, 2023 | /s/ *David A Torres* |
| | DAVID A. TORRES |
| | Attorney for Defendant |
| | ARTURO FARIAS-ZEPEDA |
| DATED: September 19, 2023 | /s/ *Antonio J. Pataca* |
| | ANTONIO J. PATACA |
| | Assistant U.S. Attorney |

## ORDER

**IT IS SO ORDERED** that Arturo Farias-Zepeda's Pretrial Supervision be amended and his curfew is from 9:00 p.m. to 8:00 a.m. or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.  Mr. Farias-Zepeda must abide by all the conditions of his release.
IT IS SO ORDERED.

Dated:  **September 19, 2023**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE