PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR LOSOYA-CASTREJON,<br>ARTURO FARIAS-ZEPEDA,<br>ROBERTO SORIA-CUEVAS,<br>RICARDO RIVAS ARREDONDO,<br>JOSE ADAN CHAIDEZ OJEDA,<br><br>Defendants. | CASE NO. 1:22-CR-00297-JLT-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: 12/13/2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on 12/13/2023.

2. By this stipulation, defendant now moves to continue the status conference until 3/27/2024, and to exclude time between 12/13/2023, and 3/27/2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes thousands of pages of investigative reports, video, audio recordings, cell phone

extractions, and other voluminous materials.  Supplemental discovery has been either produced directly to counsel or made available for inspection and copying.  The government is in the process of extending formal plea offers.

        b)       Counsel for defendants desire additional time to consult with their clients, review the voluminous discovery, conduct independent investigation, and pursue a potential pretrial resolution of the case.

        c)       Counsel for defendants believe that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)       The government does not object to the continuance.

        e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of 12/13/2023 to 3/27/2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Date:  December 5, 2023                               PHILLIP A. TALBERT
                                                           United States Attorney

                                                           /s/ Antonio J. Pataca
                                                           ANTONIO J. PATACA
                                                           Assistant United States Attorney

Date:  December 5, 2023                               /s/ Victor M. Perez

|  | VICTOR M. PEREZ |
|---|---|
|  | Counsel for Defendant |
|  | CESAR LOSOYA-CASTREJON |

Date: December 5, 2023

/s/ David Torres
DAVID TORRES
Counsel for Defendant
ARTURO FARIAS-ZEPEDA

Date: December 5, 2023

/s/ Victor Chavez
VICTOR CHAVEZ
Counsel for Defendant
ROBERTO SORIA-CUEVAS

Date: December 5, 2023

/s/ Mark King
MARK KING
Counsel for Defendant
RICARDO RIVAS-ARREDONDO

Date: December 5, 2023

/s/ Patrick Aguirre
PATRICK AGUIRRE
Counsel for Defendant
JOSE ADAN CHAIDEZ-OJEDA

**ORDER**

IT IS SO ORDERED that the status conference is continued from December 13, 2023, to **March 27, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **December 6, 2023**              /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE