1  **TORRES | TORRES STALLINGS**
    **A LAW CORPORATION**
2  David A. Torres, SBN: 135059
    1318 K. Street
3  Bakersfield, CA 93301
    Tel: (661)326-0857
4  Email: dtorres@lawtorres.com
5
    Attorney for:
6  ARTURO FARIAS-ZEPEDA
7
                    UNITED STATES DISTRICT COURT
8
9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11

| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00297-JLT-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL SERVICES RELEASE** |
| v. | |
| ARTURO FARIAS-ZEPEDA, | |
| Defendants. | |

17  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, THE HONORABLE
18  BARBARA MCAULIFFE, ANTONIO J. PATACA, ASSISTANT UNITED STATES
    ATTORNEY AND MARGARITA ZEPEDA, U.S. PRETRIAL SERVICES
19
        **COMES NOW** Defendant, ARTURO FARIAS-ZEPEDA by and through his attorney of
20
    record, DAVID A. TORRES, and at the request of Pretrial Services, hereby move the court to
21
    modify the conditions of release.
22
        On November 7, 2022, Mr. Farias-Zepeda was released from custody with a secured
23
    property bond in the amount of $400,000 and a $20,000 cash bond. In December of 2022, Mr.
24
    Farias-Zepeda was subject to home supervision and location monitoring. On September 19, 2023,
25
    Mr. Farias-Zepeda's home detention status was modified to a curfew.
26
        At all times, Mr. Farias-Zepeda has complied with the terms imposed by the court and has
27
    not been cited for any pretrial release violations.
28

                                    1

Based upon the foregoing, it is hereby stipulated by the parties below that defendant, Arturo Farias-Zepeda's location monitoring Pretrial release condition, outlined as condition L in the original conditions of release, be removed.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: December 5, 2023           */s/ David A Torres*
                                  DAVID A. TORRES
                                  Attorney for Defendant
                                  ARTURO FARIAS-ZEPEDA


DATED: December 5, 2023           */s/ Antonio J. Pataca*
                                  ANTONIO J. PATACA
                                  Assistant U.S. Attorney


DATED: December 5, 2023           */s/Margarita Zepeda*
                                  MARGARITA ZEPEDA
                                  U.S Pretrial Services Officer


# ORDER

**IT IS SO ORDERED** that Arturo Farias-Zepeda's Pretrial Supervised Release condition of location monitoring, outlined as condition L in the original conditions of release, be removed.

IT IS SO ORDERED.

Dated:  **December 6, 2023**           /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE