1  PHILLIP A. TALBERT
United States Attorney
2  ANTONIO J. PATACA
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                    CASE NO. 1:22-CR-00297-JLT-BAM

12                          Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                                 TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                   v.                          ORDER

14  CESAR LOSOYA-CASTREJON,                      DATE: 3/27/2024
    ARTURO FARIAS-ZEPEDA,                        TIME: 1:00 p.m.
15  ROBERTO SORIA-CUEVAS,                        COURT: Hon. Barbara A. McAuliffe
    RICARDO RIVAS ARREDONDO,
16  JOSE ADAN CHAIDEZ OJEDA,

17                          Defendants.

18

19                                      **STIPULATION**

20        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

21  through defendant's counsel of record, hereby stipulate as follows:

22        1.      By previous order, this matter was set for status conference on 3/27/2024.

23        2.      By this stipulation, defendant now moves to continue the status conference until

24  6/26/2024, and to exclude time between 3/27/2024, and 6/26/2024, under 18 U.S.C. § 3161(h)(7)(A),

25  B(iv) [Local Code T4].

26        3.      The parties agree and stipulate, and request that the Court find the following:

27              a)      The government has represented that the discovery associated with this case

28  includes thousands of pages of investigative reports, video, audio recordings, cell phone

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

1   extractions, and other voluminous materials.  Supplemental discovery has been either produced

2   directly to counsel or made available for inspection and copying.  The government has extended

3   formal plea offers and is engaged in plea negotiations.

4           b)      Counsel for defendants desire additional time to consult with their clients, review

5   the voluminous discovery, conduct independent investigation, and pursue a potential pretrial

6   resolution of the case.

7           c)      Counsel for defendants believe that failure to grant the above-requested

8   continuance would deny him/her the reasonable time necessary for effective preparation, taking

9   into account the exercise of due diligence.

10          d)      The government does not object to the continuance.

11          e)      Based on the above-stated findings, the ends of justice served by continuing the

12   case as requested outweigh the interest of the public and the defendant in a trial within the

13   original date prescribed by the Speedy Trial Act.

14          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

15   et seq., within which trial must commence, the time period of 3/27/2024 to 6/26/2024, inclusive,

16   is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it

17   results from a continuance granted by the Court at defendant's request on the basis of the Court's

18   finding that the ends of justice served by taking such action outweigh the best interest of the

19   public and the defendant in a speedy trial.

20   4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

21   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

22   must commence.

23

24   IT IS SO STIPULATED.
     Date:  March 18, 2024                          PHILLIP A. TALBERT
25                                                   United States Attorney

26
                                                     /s/ Antonio J. Pataca
27                                                   ANTONIO J. PATACA
                                                     Assistant United States Attorney
28

STIPULATION REGARDING EXCLUDABLE TIME                2
PERIODS UNDER SPEEDY TRIAL ACT

Date:  March 18, 2024                          /s/ Victor M. Perez
1                                              VICTOR M. PEREZ
2                                              Counsel for Defendant
                                               CESAR LOSOYA-CASTREJON
3

4   Date:  March 18, 2024                       /s/ David Torres
                                               DAVID TORRES
5                                              Counsel for Defendant
                                               ARTURO FARIAS-ZEPEDA
6
    Date:  March 18, 2024
7
                                                /s/ Victor Chavez
8                                              VICTOR CHAVEZ
                                               Counsel for Defendant
9                                              ROBERTO SORIA-CUEVAS

10  Date:  March 18, 2024

11                                              /s/ Mark King
                                               MARK KING
12                                             Counsel for Defendant
                                               RICARDO RIVAS-ARREDONDO
13

14  Date:  March 18, 2024

15                                              /s/ Patrick Aguirre
                                               PATRICK AGUIRRE
16                                             Counsel for Defendant
                                               JOSE ADAN CHAIDEZ-OJEDA
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME          3
PERIODS UNDER SPEEDY TRIAL ACT

## **ORDER**

IT IS SO ORDERED that the status conference is continued from March 27, 2024, to **June 26, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **March 19, 2024**              /s/ *Barbara A. McAuliffe*             _
                                               UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME                    4
PERIODS UNDER SPEEDY TRIAL ACT