PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00297-JLT-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| CESAR LOSOYA-CASTREJON, ARTURO FARIAS-ZEPEDA, ROBERTO SORIA-CUEVAS, RICARDO RIVAS ARREDONDO, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on 6/26/2024.

2. By this stipulation, defendant now moves to continue the status conference until 10/23/2024, and to exclude time between 6/26/2024, and 10/23/2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes thousands of pages of investigative reports, video, audio recordings, cell phone extractions, and other voluminous materials. Supplemental discovery has been either produced

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1      directly to counsel or made available for inspection and copying.  The government has extended

2      formal plea offers and is engaged in plea negotiations.

3               b)       Counsel for defendants desire additional time to consult with their clients, review

4      the voluminous discovery, conduct independent investigation, and pursue a potential pretrial

5      resolution of the case.

6               c)       Counsel for defendants believe that failure to grant the above-requested

7      continuance would deny him/her the reasonable time necessary for effective preparation, taking

8      into account the exercise of due diligence.

9               d)       The government does not object to the continuance.

10              e)       The parties will be prepared to set a trial date at the next status conference if this

11     matter remains unresolved.

12              f)       Based on the above-stated findings, the ends of justice served by continuing the

13     case as requested outweigh the interest of the public and the defendant in a trial within the

14     original date prescribed by the Speedy Trial Act.

15              g)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

16     et seq., within which trial must commence, the time period of 6/26/2024 to 10/23/2024,

17     inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

18     because it results from a continuance granted by the Court at defendant's request on the basis of

19     the Court's finding that the ends of justice served by taking such action outweigh the best interest

20     of the public and the defendant in a speedy trial.

21     4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

22     Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

23     must commence.

24     ///

25     ///

26     ///

27     ///

28     ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1   IT IS SO STIPULATED.

2   Date:  June 12, 2024
                                    PHILLIP A. TALBERT
                                    United States Attorney

/s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant United States Attorney

Date:  June 12, 2024        /s/ Victor M. Perez
VICTOR M. PEREZ
Counsel for Defendant
CESAR LOSOYA-CASTREJON

Date:  June 12, 2024        /s/ David Torres
DAVID TORRES
Counsel for Defendant
ARTURO FARIAS-ZEPEDA

Date:  June 12, 2024

/s/ Victor Chavez
VICTOR CHAVEZ
Counsel for Defendant
ROBERTO SORIA-CUEVAS

Date:  June 12, 2024

/s/ Mark King
MARK KING
Counsel for Defendant
RICARDO RIVAS-ARREDONDO

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS SO ORDERED that the status conference is continued from June 26, 2024, to **October 23, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated:   **June 18, 2024**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE