**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
**ARTURO FARIAS-ZEPEDA**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-00297-JLT-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |
| vs. | |
| **ARTURO FARIAS-ZEPEDA**, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ARTURO FARIAS-ZEPEDA, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Monday, July 14, 2025, at 9:00 a.m. (See ECF Doc. 178) be continued to Monday, August 18, 2025, at 9:00 a.m.

Counsel has been on leave with his family since June 30, 2025 and returns July 13, 2025. Counsel has not had an opportunity to prepare a statement in mitigation on behalf of Mr. Farias and requires additional time to prepare one. Counsel has spoken to AUSA Antonio Pataca who does not object to this request.

//

//

Stipulation and Proposed Order to Continue Sentencing Hearing

1

**IT IS SO STIPULATED.**

                                       Respectfully Submitted,

DATED: July 8, 2025                      */s/ David A. Torres*
                                                DAVID A. TORRES
                                                Attorney for Defendant
                                                ARTURO FARIAS-ZEPEDA

DATED: July 8, 2025                      */s/Antonio Pataca*
                                                ANTONIO PATACA
                                                Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the sentencing hearing currently set for Monday July 14, 2025, at 9:00 a.m. be continued to Monday, August 18, 2025, at 9:00a.m.

IT IS SO ORDERED.

Dated: **July 8, 2025**

                                                      UNITED STATES DISTRICT JUDGE