**TORRES | TORRES-STALLINGS**
**A LAW CORPORATION**
David A. Torres, State Bar No. 135059
1318 "K" Street
Bakersfield, CA 93301
Tel: (661) 326-0857
email: dtorres@lawtorres.com

Attorneys for Defendant
ARTURO FARIAS-ZEPEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:22-CR-00297-JLT-BAM |
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF DAVID A. TORRES AS ATTORNEY OF RECORD AND ORDER** |
| ARTURO FARIAS-ZEPEDA, | |
| Defendant. | |

On November 10, 2022, Defendant Arturo Farias-Zepeda was indicted on federal charges. CJA Panel Attorney David A. Torres was appointed as trial counsel to represent Mr. Farias-Zepeda on November 1, 2022 in his criminal case. Mr. Farias-Zepeda was sentenced pursuant to a plea agreement on August 18, 2025. No direct appeal was filed. Mr. Farias-Zepeda was taken into custody at sentencing. The trial phase of Mr. Farias-Zepeda's criminal case has, therefore, come to an end. Having completed his representation of Mr. Farias-Zepeda, CJA attorney David A. Torres now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Farias-Zepeda require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: August 21, 2025                              Respectfully submitted,

/s/David A. Torres
DAVID A, TORRES, Attorney for
Defendant, Arturo Farias-Zepeda

**ORDER**

Having reviewed the notice and found that attorney David A. Torres has completed the services for which he was appointed, the Court hereby grants attorney David A. Torres's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Arturo Farias-Zepeda at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Arturo Farias-Zepeda
FCI Mendota
Federal Correction Institution
P.O. Box 9
Mendota, CA 93640

IT IS SO ORDERED.

Dated:   **August 22, 2025**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE