**TORRES|TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres SBN 135059
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: dtorres@lawtorres.com

Attorney for:
ARTURO FARIAS-ZEPEDA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTURO FARIAS-ZEPEDA,<br><br>Defendant | Case No.: 1:22-CR-00297 JLT-BAM<br><br>**DEFENTDANT'S UNOPPOSED MOTION TO EXONERATE BOND;**<br>**[PROPOSED] ORDER**<br><br>Judge: Hon. Jennifer L. Thurston |

Defendant Arturo Farias-Zepeda hereby moves the court under Fed R. Crim. P. 46(g) for exoneration of the $20,000 cash bond posted on his behalf by Magdalena Zapien Castillo.

Mr. Farias-Zepeda appeared before this court on November 7, 2022, and was ordered release on conditions. (EFC Dkt # 37). Pursuant to the terms of his release (EFC Dkt # 52), on November 14, 2022, Magdalena Zapien Castillo, posted a $20,000 cash bond on his behalf.

Ms. Farias-Zepeda was sentenced on August 18, 2025, and was remanded into custody (EFC Dkt #213). Mr. Farias-Zepeda successfully completed his term of pretrial supervision.

Pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, since no conditions of the bond remain unsatisfied Mr. Farias-Zepeda requests that the $20,000 cash bond be exonerated and reconveyed to Magdalena Zapien Castillo. She requests that it be mailed to 398 Channel Avenue, Atwater, CA 95301.

On September 23, 2025, undersigned counsel confirmed with AUSA Antonio Pataca that the government does not oppose this motion.

Respectfully Submitted,

DATED:    */s/ David A Torres*
DAVID A TORRES
Attorney for Defendant
ARTURO FARIAS-ZEPEDA

## ORDER

The Court finds that Arturo Farias-Zepeda has complied with the conditions of his release and that no conditions remain to be satisfied. **IT IS HEREBY ORDERED** that the clerk of the court exonerate the $20,000 cash bond in the above-captioned case and reconvey the cash to Magdalena Zapien Castillo who originally posted the cash bond. Filed on November 14, 2022. Docket Number: 52.

IT IS SO ORDERED.

Dated:  **September 24, 2025**                              _____
UNITED STATES DISTRICT JUDGE