**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ARTURO FARIAS-ZEPEDA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-0097 JLT-BAM |
| Plaintiff, | **ORDER RECONVEYING PROPERTY** |
| vs. | |
| ARTURO FARIAS-ZEPEDA, | |
| Defendant | |

Upon request of the defendant, and good cause appearing,

**IT IS HEREBY** ORDERED that the property bond below posted as collateral be exonerated:

| | |
|---|---|
| APN: | 62000001100 |
| Deed: | 3259385 |
| Date of Deed: | 11/22/2022 |
| Name of Trustor: | Irma Gomez |
| Payment Amount: | Full Equity |

Filed on January 23, 2023. Docket Number 73. **DEED OF TRUST** #62000001100.

IT IS SO ORDERED.

Dated:  **September 24, 2025**

_____
UNITED STATES DISTRICT JUDGE